IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

UNITED STATES OF AMERICA          NO. 23-3174

v.

ANTHONY BROOKINS
    Appellant

**MOTION WITHDRAW APPEARANCE**

AND NOW comes the Appellant, Anthony Brookins, by his attorney, Stephen Begler who files the following to withdraw his appearance.

1. The Appellant filed an untimely pro se appeal in this case. Counsel was appointed by this Court to represent him.

2. Counsel has filed a motion to withdraw his appearance at the District Court level. There existed irreconcialable differeces which make effective representation impossible.

3. Counsel has filed his notice of retirement to practice in this Court.

WHEREFORE it is respectfully requested that the Court grant an order allowing Counsel to withdraw his appeance in this matter.

Respectfully submitted,

/s/ Stephen Begler
Stephen Begler
505n Court Place
Pittsburgh, Pa. 15219
412-261-6907
Pa. I.D. 38521