IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

UNITED STATES OF AMERICA             NO. 23-3174

    v.

ANTHONY BROOKINS
    Appellant

## ANDERS LETTER

And now comes the Appellant, Anthony Brookins who respectfully submits the following Anders Letter.

This *pro se* appeal was filed following a supervised violation hearing held on November 21, 2023 before Judge Conti, in the Distict Court for the Western District of Pennsylvania. The Appellant admitted to a Grade C violation, the least severe of violaitons and received a Guideline sentence. The appeal was untimely, having been filed 3 days late, and no issues presented themselves at the District Court level.

On the basis of this letter, the appeal in this matter should be dismissed.

                Respectfully submitted,

                <u>/s/ Stephen Begler</u>
                Stephen Begler
                505n Court Place
                Pittsburgh, Pa. 15219
                412-261-6907
                Pa. I.D. 38521