IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-3174

UNITED STATES OF AMERICA
                Appellee

v.

ANTHONY BROOKINS
      Appellant

Appeal from the Judgment of Sentence entered on November 21, 2023 at Criminal No. 08-166 in the United States District Court for the Western District of Pennsylvania, by the Honorable Joy Flowers Conti.

ANDERS BRIEF AND MOTION

STEPHEN BEGLER ESQ.
505 COURT PLACE
PITTSBURGH, PA. 15219
412-261-6907
Pa. ID 38521
Shbegler@aol.com
Attorney for the Appellant

## TABLE OF CONTENTS

Table of Citations..................................................................................ii

Statement of Jurisdiction.......................................................................1

Statement of the issues.........................................................................2

Concise Statement of the Case.............................................................3

Summary of the Argument....................................................................4

Argument...............................................................................................5

Conclusion.............................................................................................6

Certification that the Electronic Brief is Identical to Paper brief..7

Certification of Membership in Bar....................................................7

Certification of Virus Check.................................................................7

Certificate of Service.............................................................................8

## TABLE OF CITATIONS

Page(s)

18 U.S.C. 3231..................................................................................1

18 U.S.C.1291 and 3742(a).............................................................1

Anders v. California 386 U.S. 728(1967).................................2,5,6

18 U.S.C. 922(g)(1).........................................................................3

21 U.S.C. 841..................................................................................3

## STATEMENT OF JURISDICTION

This is an appeal from a judgment of guilty and sentencing entered in the United States District Court for the Western District of Pennsylvania at Criminal No 08-166, given on November 21, 2023. The Defendant filed a pro se notice of appeal. Subsequently Counsel was appointed by this Court.

Subject matter jurisdiction was conferred upon the District Court pursuant to 18 U.S.C. Section 3231, which grants the District Court original jurisdiction over the law of the United States. Appellate jurisdiction is now conferred upon the United States Court of Appeals for the Third Circuit by 18 U.S.C. Section 1291 and 18 U.S.C. Section 3742 (a),which gives the courts of appeals jurisdiction over the appeals from all final decisions of the District Courts.

## STATEMENT OF THE ISSUE PRESENTED FOR APPEAL

Is Defendant's appeal after his admission to a supervised release violation and sentence within the applicable sentencing guidelines frivolous and without merit within the meaning on Anders v. California 386. U.S. 728, (1967) ?

CONCISE STATEMENT OF THE CASE

Procedural and Factual History

The Defendant, Appellant, was indicted on April 15, 2009, for Possession of a Firearm in Furtherance of a Drug Felony 18 U.S.C. 922 (g)(1) as well as Possession with intent to Distribute 50 or more grams of Cocaine Base, 21 U.S.C. Section 841. He was convicted by a jury on May 15, 2009, and on April 4, 2010 he was sentenced to 240 months incarceration followed by 10 years of supervised release. On July 31, 2019, the sentence was reduced to 180 months incarceration and 8 years supervised release.

On July 16, 2023 he was involved in a domestic incident with his girlfriend and arrested. The probation office issued a warrant for a violation of his supervised release. A hearing was held before Judge Conti where the Defendant admitted to a "C" violation, the least severe violation and given a Guideline sentence. The Defendant filed a pro se appeal and Counsel was appointed by the Court.

## SUMMARY OF THE ARGUMENT

This is an appeal after the admission of a supervised release violation and this issuance of a guideline sentence. No assertion was made that the admission was not knowingly nor voluntarily made by the Defendant. No issues were raised for appellate review.

In short, there is no issue of arguable merit in this case and Counsel asks leave to withdraw.

## ARGUMENT

Following a careful review of the complete record and transcripts in this case and after researching the law as it relates to the fact of this case, Counsel has concluded that any further proceedings on behalf of the Defendant would be wholly frivolous and without arguable merit within the meaning of Anders v. California 386 U.S. 738 (1967) and its progeny.

## CONCLUSION

There is nothing to appeal in this case.

For this reason, Counsel has concluded that any further proceedings on behalf of the Defendant would be wholly frivolous and without merit within the meaning of Anders v. California 386 U.S. 738 (1967) and its progeny. For this reason Counsel respectfully moves to withdraw as Counsel on appeal for Anthony Brookins.

Respectfully submitted,

Stephen Begler, Esquire

6

CERTIFICATE OF MEMBERSHIP IN BAR

I, Stephen Begler, hereby certify that I am a member of the Bar in this Court.

CERTIFICATION OF VIRUS CHECK

I, Stephen Begler, hereby certify that a virus check has been performed by Norton Anti-Virus software.

CERTIFICATION THAT ELECTRONIC BRIEF IS IDENTICAL TO PAPER BRIEF

I, Stephen Begler hereby certify that the electronic brief is identical to the paper brief.

_____
Stephen Begler, Esquire
Attorney for Appellant

CERTIFICATE OF SERVICE

I, Stephen Begler, counsel for the Appellant, hereby certify that I have served those people listed below the Brief in this matter.

Clerk
U.S. Court of Appeals for the Third Circuit
21400 United States Courthouse
Philadelphia, Pa. 19106

By electronic filing only:

Office of the United States Attorney
U.S. Post Office and Courthouse
Pittsburgh, Pa. 15219

By mail
Anthony Brookins 09087068
c/o F.C.I. Hazelton
P.O. Box 5000
Bruceton Mills, W.Va. 26525


/s/Stephen Begler